1  David D. Lawrence, Esq. [State Bar No. 123039]
   Christina M. Sprenger, Esq. [State Bar No. 205105]
2  LAWRENCE BEACH ALLEN & CHOI
   A Professional Corporation
3  1600 North Broadway, Suite 1010
   Santa Ana, California 92706
4  Telephone No: (714) 479-0180
   Facsimile No:  (714) 479-0181
5  E-Mail: csprenger@lbaclaw.com

6  Attorneys for Defendants,
   ORANGE COUNTY SHERIFF'S DEPARTMENT,
7  TINA BISHOP, CAPTAIN BRIAN COSSAIRT, LT.
   DANIEL HAKE, SGT. ALAN HANSON

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11 ALLEN E. ORR,                    ) Case No. SACV 07-434 AG(MLGx)
                                    )
12         Plaintiff,               )
                                    )
13      v.                          ) **JUDGMENT**
                                    )
14 ORANGE COUNTY SHERIFF'S          )
   DEPARTMENT, ET AL.,              )
15                                  )
                                    )
16         Defendants.              ) **MATTER FOR DETERMINATION BY THE**
                                    ) **HONORABLE ANDREW J. GUILFORD**
17 _____   )

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

JS-6

O

                            1

1    On August 8, 2008, the Court granted summary judgment in

2  favor of Defendants Orange County Sheriff's Department, Tina

3  Bishop, Brian Cossairt, Daniel Hake and Alan Hanson on the

4  following claims:

5        1) Plaintiff's First Cause of Action under 42

6           U.S.C. § 1981 and Title VII for race

7           discrimination; and

8        2) Plaintiff's Second Cause of Action under Title

9           VII for gender discrimination.

10    Accordingly, it is hereby ordered that Defendants Orange

11  County Sheriff's Department, Tina Bishop, Brian Cossairt, Daniel

12  Hake and Alan Hanson have judgment entered in their favor and

13  that they be awarded costs of suit in accordance with applicable

14  law, in the amount of $_____.

15

16

17  Dated: August 19, 2008    _____

18                            The Honorable Andrew J. Guilford
                              United States District Court Judge

19

20

21

22

23

24

25

26

27

28